OF STATE

SOUTH

/ Training,