UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
Trustees of the Teamsters Local 456 Pension,
Health & Welfare, Annuity, Education & Training, S.U.B.,
Industry Advancement and Legal Services Funds and the
Westchester Teamsters Local Union No. 456,

**Index No. 08 CIV1957 (KMK)**

                    Plaintiffs,    **VOLUNTARY NOTICE OF DISMISSAL**

-and-

MORANO BROTHERS CORP.,

                    Defendant.
-------------------------------------------------------------------x

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) plaintiffs, by the undersigned attorney of record, hereby voluntarily dismiss the above entitled action with prejudice

Dated: April 30, 2008
        Elmsford, New York

                        BARNES, IACCARINO, VIRGINIA,
                        AMBINDER & SHEPHERD, PLLC

                        _____
                        Karin Arrospide, Esq. (KA9319)
                        Attorney for Plaintiffs
                        258 Saw Mill River Road
                        Elmsford, New York 10523
                        (914) 592-1515

SO ORDERED:

_____
Honorable Kenneth M. Karas, U.S.D.J.

DATED: 5/6/08

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```